**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 11, 2025

Marcy Lynn Dunn
611 MOUNTAIN VIEW LN
MCCAYSVILLE, GA 30555

Appeal Number: 25-12108-HH
Case Style: Marcy Dunn v. Life Insurance Company of North America
District Court Docket No: 2:24-cv-00064-RWS

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

Docket sheet of court from which case originated

Amended Complaint (Docket Entry 4)

Answer (Docket Entry 9)

Motion for Judgment on the Administrative Record (Docket Entry 14)

Other order(s) to be reviewed (Docket Entry 19)

No_Judgment (Docket Entry 20)

The appendix is deficient because it does not include an original signature. See 11th Cir. R. 25-4.

One copy of your appendix will be filed, subject to receipt of two (2) copies of corrected appendices within **FOURTEEN (14) DAYS** from this date.

If you intend to make the corrections to the existing appendix, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new appendix that includes the necessary corrections. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

<u>Clerk's Office Phone Numbers</u>
General Information:   404-335-6100      Attorney Admissions:         404-335-6122

| | | | |
|---|---|---|---|
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

APPX-1CV Appendix deficiency letter