## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 11, 2025

Marcy Lynn Dunn
611 MOUNTAIN VIEW LN
MCCAYSVILLE, GA 30555

Aaron Edward Pohlmann
Womble Bond Dickinson (US) LLP
1331 SPRING ST NW STE 1400
ATLANTA, GA 30309

Brendan Hanner White
Womble Bond Dickinson (US) LLP
1331 SPRING ST NW STE 1400
ATLANTA, GA 30309

Appeal Number: 25-12108-HH
Case Style: Marcy Dunn v. Life Insurance Company of North America
District Court Docket No: 2:24-cv-00064-RWS

### Notification of Requirement to File Electronically

On July 28, 2025 (Appellant Brief) and August 5, 2025 (Appendix), the Court received documents that you filed or that were filed on your behalf. Please be advised that the documents were filed in a manner that does not comply with 11th Cir. R. 25-3, which: (1) requires counsel of record to file documents using the Electronic Case Files (ECF) system; and (2) requires non-incarcerated pro se parties who have registered to use the ECF system to continue to do so except in certain circumstances. Information about filing through the ECF system can be found on the Court's website under E-Filing Information. The document(s) listed below will be electronically processed by the Clerk's Office this one time only. No action will be taken on any future documents that are not filed in compliance with 11th Cir. R. 25-3.

Appellant's brief and appendix.

Clerk's Office Phone Numbers
General Information:     404-335-6100     Attorney Admissions:     404-335-6122

| | | | |
|---|---|---|---|
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Mandatory ECF